UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Lee Tucker,

          Plaintiff,         Case No. 24-cv-10961

v.                                     Judith E. Levy
                                       United States District Judge

Federal Bureau of Investigation,
*et al.*,                              Mag. Judge Anthony P. Patti

          Defendants.

_____/

## ORDER DIRECTING PLAINTIFF TO SUBMIT (1) A REVISED APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS AND (2) A WRITTEN NOTICE THAT CONTAINS HIS CURRENT ADDRESS

Plaintiff Christopher Lee Tucker submitted a complaint. (ECF No. 1.) He also submitted a partial application to proceed *in forma pauperis*, which is a request to proceed without prepaying the fees or costs for this litigation. (ECF No. 2.) Plaintiff is self-represented or *pro se*. Both documents were filed by the Clerk's Office on April 11, 2024. (ECF No. 1, PageID.1; ECF No. 2, PageID.134.)

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who

submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Inadequate completion of an application to proceed *in forma pauperis* is grounds for denial of that application in the Eastern District of Michigan. *See Shaw v. Oakland Cnty. Friend of the Ct.*, No. 20-12492, 2020 WL 7024912, at *3 (E.D. Mich. Nov. 30, 2020).

Here, Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff provides only the second page of the two-page form. He therefore does not specify his gross pay or wages and his take-home pay or wages. In addition, Plaintiff does not indicate whether he receives other sources of income. Without this information, the Court cannot determine whether Plaintiff is unable to pay the applicable fees.

Moreover, the Court notes that a document mailed to Plaintiff was returned to the Court as undeliverable. (ECF No. 5.) The document was mailed to the address identified by Plaintiff in the complaint: 601 East Maumee Street, Apt. 8, Adrian, MI 49221. (ECF No. 1, PageID.2; ECF No. 5.) Attached to Plaintiff's incomplete *in forma pauperis* application is a Benefit Verification Letter from the Social Security Administration that is directed to Plaintiff at a slightly different address: 160 East

2

Maumee, Apt. 8, Adrian, MI 49221-2743. (ECF No. 2, PageID.135.) The Court will therefore send a copy of this order to both addresses identified above. Yet Plaintiff is not relieved of his obligation under Eastern District of Michigan Local Rule 11.2 to provide the Court with his current address and to notify the Court of any changes in his contact information.[1]

Accordingly, by **Thursday, July 11, 2024**, Plaintiff must do the following:

(1) Plaintiff must submit to the Court a completed Application to Proceed in District Court Without Prepaying Fees or Costs. In his submission, Plaintiff must include all pages of the form and must answer each question that appears in the application.

---

[1] Eastern District of Michigan Local Rule 11.2 states:

Every attorney and every party not represented by an attorney must include his or her contact information consisting of his or her address, e-mail address, and telephone number on the first paper that person files in a case. If there is a change in the contact information, that person promptly must file and serve a notice with the new contact information. **The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.**

E.D. Mich. LR 11.2 (emphasis added).

(2) Plaintiff must also submit to the Court a written notice that contains his current address.

**If Plaintiff fails to comply with this order, the case may be dismissed for failure to abide by Eastern District of Michigan Local Rule 11.2 and/or for failure to prosecute under Eastern District of Michigan Local Rule 41.2.**

IT IS SO ORDERED.

Dated: June 20, 2024     s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 20, 2024.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager